# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

17TH FLOOR
222 DELAWARE AVENUE
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Martina Tyreus Hufnal**
302 778-8471

Email
hufnal@fr.com

March 22, 2013

**BY CM/ECF**

Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *INVISTA North America S.à.r.l. et al. v. M&G USA Corp. et al.*,
Civil Action No. 11-1007-SLR-CJB (D. Del.)

Dear Magistrate Judge Burke:

During the February 27, 2013 discovery dispute, Plaintiff INVISTA requested that this Court allow INVISTA to disclose twelve documents produced in this action in two actions M&G filed against INVISTA in Milan, Italy. (*See* D.I. 215.) In its letter brief and at the hearing, INVISTA informed the Court that its response to M&G's expedited motion for a preliminary injunction was due on March 1, 2013. (D.I. 215 at 1; Feb. 27 Hearing Tr. at 17:22-18:11.) INVISTA explained that, if permitted, it would submit these twelve documents with its response to M&G's expedited motion as evidence of infringement. (*Id.*)

On March 1, after the hearing before this Court, the expedited Italian action was assigned to a new judge. During a hearing on March 6 in Italy, the Italian judge set a new briefing schedule for M&G's motion. Under the new briefing schedule, INVISTA has until April 5, 2013 to file a counter-reply to M&G's motion.

If permitted by this Court, INVISTA could submit the twelve documents with this filing. INVISTA's pending request to use certain documents in the Italian proceedings is, therefore, not moot and INVISTA respectfully requests that this Court grant INVISTA's request.



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

Respectfully,

*A. Martina Hufnal*

A. Martina Hufnal


cc: All Counsel of Record