

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

March 26, 2013

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Christopher J. Burke
United States District Court
    for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: <u>*Invista North America S.à r.l., et al.* v. *M&G USA Corporation, et al.*
          Civil Action No. 11-1007-SLR-CJB (D. Del.)</u>

Dear Magistrate Judge Burke:

We submit this response to the letter submitted by Invista North America S.à r.l. ("Invista"), dated March 22, 2013. (*See* D.I. 251.) In its letter, Invista repeated its request that Your Honor permit Invista to use twelve (12) M&G documents in the two actions pending in Milan, Italy. *Id*. Invista's renewed request appears to be the result of its upcoming deadline of April 5, 2013, the date by which Invista must file a counter-reply to M&G's motion, which M&G expects will include a request for a preliminary injunction against M&G from selling and distributing its PoliProtect resin.

There is nothing new in Invista's letter that requires the relief it is seeking. As M&G stated previously in its briefing to the Court (D.I. 217) and at the February 27, 2013 hearing, Invista is continuing to attempt to use this Court as a means for circumventing the Italian court. To date, even though it has had plenty of opportunity to do so, Invista still has not attempted to obtain the desired documents using the proper mechanism through the Italian civil procedures. Invista's failure to do so only confirms Invista's true intent - to continue to use the U.S. lawsuit as a means for obtaining documents for use in foreign litigation.

Invista's request is improper. M&G respectfully requests this Court deny Invista's request.

                                Respectfully,

                                */s/ David E. Moore*

                                *David E. Moore*

RLH/msb/1099806/38526

cc:    Clerk of Court (Via Hand Delivery)
        Counsel of Record (Via Electronic Mail)