IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA NORTH AMERICA S.À R.L. and AURIGA POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> M&G USA CORPORATION and M&G POLYMERS USA, LLC, <br><br> Defendants. | C.A. No. 1:11-cv-01007-SLR <br><br> **REDACTED** |

## DECLARATION OF S. RICHARD TURNER, PH.D

I, S. Richard Turner, do hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge:

1. I have been retained as an expert witness by Plaintiffs INVISTA North America S.à r.l. and Auriga Polymers, Inc. ("Plaintiffs") in this action.

2. I previously submitted two reports, entitled "Plaintiffs' Opening Expert Report of S. Richard Turner, Ph.D." (December 14, 2012) ("Turner Opening Report") and "Plaintiffs' Rebuttal Expert Report of S. Richard Turner, Ph.D." (January 21, 2013) ("Turner Rebuttal Report") in this action. Each report also had accompanying exhibits.

3. My background and experience on the subject matter of my opinions in these reports are summarized in paragraphs 3 to 17 of the Turner Opening Report.

4. A true and correct copy of the Turner Opening Report without exhibits was submitted to the Court by Plaintiffs on March 8, 2013 as PA-1 to PA-126 in the Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment of Infringement.

5. A true and correct copy of Exhibit B to the Turner Opening Report was submitted to the Court by Plaintiffs on April 8, 2013 as PA-645 to PA-651 in Plaintiffs' Appendix in Support of Their Reply Brief for Partial Summary Judgment of Infringement and in Opposition to Defendants' Cross-Motion for Summary Judgment of Non-Infringement.

6. A true and correct copy of the Turner Rebuttal Report was submitted to the Court by Defendants M&G USA Corporation and M&G Polymers USA, LLC on March 8, 2013 as Defendants' Exhibit J in Support of Defendants' Motion for Summary Judgment.

7. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████

Executed this 17th day of April, 2013, at Blacksburg, Virginia.

/s/ *S. Richard Turner, Ph.D.*
S. Richard Turner, Ph.D.