IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA NORTH AMERICA S.A.R.L., and AURIGA POLYMERS INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. No. 11-1007-SLR/CJB |
| M&G USA CORPORATION and M&G POLYMERS USA, LLC, ) ) ) ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 30+ day of May, 2013, having considered the Report and Recommendation of United States Magistrate Judge Christopher J. Burke issued on April 30, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 339) is adopted.

2. Defendants' motion for leave to amend the pleadings (D.I. 91) is denied.

_____
United States District Judge