IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVISTA NORTH AMERICA S.A.R.I. and AURIGA POLYMERS INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 11-1007-SLR/CJB |
| M7G USA CORPORATION and M7G POLYMERS USA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 5th day of June, 2013, having reviewed the Report & Recommendation that issued on March 28, 2013 (D.I. 273), and the objections filed thereto by defendants (D.I. 289), as well as the Report & Recommendation that issued on April 5, 2013 (D.I. 295);

IT IS ORDERED that the March 28, 2013 Report & Recommendation is adopted and the objections overruled, as Judge Burke supported his decision to modify the protective order with sound reasoning and relevant case law.

IT IS FURTHER ORDERED that the April 5, 2013 Report & Recommendation is adopted, as the imposition of a stay under the above circumstances was not warranted.

THEREFORE, IT IS ORDERED that:

1. Plaintiffs' discovery-related motion (D.I. 194) is granted.


2. Defendants' letter motion to stay (D.I. 274) is denied.

_____
United States District Judge

2