IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA NORTH AMERICA S.À.R.L. and AURIGA POLYMERS INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 11-1007-SLR-CJB ) |
| M&G USA CORPORATION and M&G POLYMERS USA, LLC, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM ORDER**

At Wilmington this 16th day of July, 2013, having reviewed defendants M&G USA Corporation and M&G Polymers USA, LLC's (collectively, "M&G's") request to preclude INVISTA North America S.à.r.l. and Auriga Polymers Inc. (collectively, "Invista") from presenting testimony or evidence relating to M&G's prior product ActiTUF;

IT IS ORDERED that said request is denied, for the reasons that follow:

1. As reflected in the joint pretrial order (D.I. 369 at 32) and at the June 26, 2013 pretrial conference, M&G argues that testimony or evidence relating to ActiTUF is not relevant to the issues at trial and will likely confuse a jury. ActiTUF is a plastics product with an iron-based system, rather than the cobalt-based system allegedly developed by Invista. There is no dispute that ActiTUF existed at the time of Invista's claimed invention.

2. Invista asserts that ActiTUF is relevant to at least the state of the art at the time of the invention and secondary considerations. (*Id.* at 19-20) Invista argues that it

would present evidence at trial regarding how the inventors of its claimed inventions looked to improve on the problems with ActiTUF's iron-based system. Invista further contends that the relevant market is a two-person market and that the inventors, in their development process, referred specifically to ActiTUF.

3. The court finds that, although ActiTUF is not an accused product in this litigation, testimony or evidence relating to it is relevant to the state of the art at the time of the invention and secondary considerations. Such evidence would not likely confuse a jury because there is no dispute that ActiTUF uses a different approach and is not covered by the patents at issue for trial. Accordingly, the court denies M&G's request to preclude Invista from presenting testimony or evidence at trial regarding ActiTUF.

IT IS FURTHER ORDERED that only jury selection and preliminary jury instructions will take place on July 17, 2013.

_____
United States District Judge