IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA NORTH AMERICA S.À.R.L. and AURIGA POLYMERS INC., <br><br>  Plaintiffs, <br><br> v. <br><br> M&G USA CORPORATION and M&G POLYMERS USA, LLC, <br><br> Defendants. | Civ. No. 11-1007-SLR-CJB |

**FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE PURSUANT TO FED. R. CIV. P. 54 (b)**

For reasons stated in the court's memorandum opinion and order of March 31, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Invista North America S.à.r.l. and Auriga Polymers Inc. and against defendants M&G USA Corporation and M&G Polymers USA, LLC.

_____
United States District Judge

Dated: 4/1/2014

_____
(By) Deputy Clerk