IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA NORTH AMERICA S.Á.R.L. and AURIGA POLYMERS INC., <br><br> Plaintiffs, <br><br> v. <br><br> M&G USA CORPORATION and M&G POLYMERS USA, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 11-1007-SLR/CJB ) ) ) ) ) |

**O R D E R**

At Wilmington this 25th day of June, 2014, having reviewed the Report & Recommendation issued by Magistrate Judge Christopher J. Burke on April 25, 2014, as well as the objections and response filed thereto by the parties;

IT IS ORDERED that the Report & Recommendation is adopted, as follows:

1. Plaintiff's motion for order to show cause and for sanctions (D.I. 527) is denied, as Judge Burke's resolution of the motion is consistent with the record, that is, M&G's use of the information at issue complied with the requirements of the protective order in this case, as it was provided to M&G outside of discovery after a court hearing without any obligation of confidentiality and was already in M&G's possession, custody, or control in any event.

2. Plaintiff's motion for modification of the protective order (D.I. 534) is adopted without objection.

3. Defendants' motion for leave to file sur-reply (D.I. 540) is denied without objection.

_____
United States District Judge